Michael R. Totaro (102229)
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157
Ocbkatty@aol.com

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Church of All Faiths, Inc.<br><br>    Debtor in Possession, | Case No: 3:25-bk-42280-CN<br><br>Chapter 11<br><br>CDN MRT-1<br><br>Corrected<br>Motion of Debtor to Voluntarily Dismiss Chapter 11 Proceeding Pursuant to 11 U.S.C. §1112(b) and FRBP 1017 and 9014<br><br>Date:  February 27 2026<br>Time:  11:00 am<br>Place:  Ct Rm 215<br>         1300 Clay St. 2nd Fl Oakland, Ca 94612 |

**To the Hon. Charles Novack, the Office of the United States Trustee and all Interested Parties:**

    Church of All Faiths, Inc (hereinafter "Debtor"), by and through counsel of record, Michael R. Totaro hereby moves this Court, for an order voluntarily dismissing this Chapter 11 proceeding pursuant to 11 U.S. C. § 1112(b), on the following grounds:

    1.    Debtor and the primary creditor, JL Financing, LLC ("JL Financing") have reached an agreement to allow Debtor one year to sell or refinance the First Deed of Trust.

2. The United States Trustee will not be prejudiced since debtors will have to bring all quarterly fees current to obtain a dismissal.

3. Current with the filing of this motion, Debtor has filed the stipulation which memorizes the terms upon which JL 'Financing and Debtor have agreed.

This motion is based on the following declaration of Michael R. Totaro and the attached Memorandum of Points and Authorities.

Dated: February 17, 2026

                                                            Totaro & Shanahan, LLP

                                                            By: /s/ Michael R. Totaro
                                                                     Michael R. Totaro
                                                                     Attorneys for Debtor