Michael R. Totaro (102229)
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157
Ocbkatty@aol.com

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Church of All Faiths, Inc.<br><br>    Debtor in Possession, | Case No. 3:25-bk-42280-CN<br><br>Chapter 11<br><br>DCN MRT-1<br><br>Corrected<br>Declaration of Michael R. Totaro In Support of Motion of Debtor to Voluntarily Dismiss Chapter 11 Proceeding Pursuant to 11 U.S.C. §1112(b) and FRBP§§ 1017 and 9014<br><br>Date: February 27, 2026<br>Time: 11:00 a.m.<br>Place: Ct Rm 215<br>        1300 Clay St. 2nd Fl Oakland, Ca 94612 |

I, Michael R. Totaro, declare as follows:

1. I am the attorney of record for Debtor in Possession in the within matter. I have personal knowledge of the following facts and if called to testify I could and would competently testify thereto.

2. Lender and debtor have reached an agreement, a true and correct copy of which is attached hereto as Exhibit 1 and incorporated herein by reference. The sum of

the agreement is that Debtor will pay a monthly payment of $14,000 for one year commencing February 1, 2026 to January 1, 2027.

3. During that time he will seek refinancing and if no such financing is obtained Debtor will list the property for sale no later than August 1, 2026.

4. Debtor does not intend to refile this matter to include post petition debts since none have been incurred; or because it is receiving property post petition that would not be included in the bankruptcy proceeding. Further Debtor is not attempting to refile this case in another jurisdiction to obtain a more favorable forum.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2026 in Los Angeles, California.

/s/ Michael R. Totaro
Michael R. Totaro