```
Michael R. Totaro (102229)
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157
Ocbkatty@aol.com
```

**Attorneys for Debtor in Possession**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHURCH OF ALL FAITHS,<br><br>Debtor in Possession. | Case No: 3:25-bk-42280-CN<br><br>Chapter 11<br><br>DCN MRT-1<br><br>NOTICE OF HEARING ON MOTION OF DEBTOR TO VOLUNTARILY DISMISS CHAPTER 11 PROCEEDING PURSUANT TO 11 U.S.C. §1112(B) AND FRBP 1017 AND 9014<br><br>Date: February 27, 2026<br>Time: 11:00 am<br>Location: 1100 Clay, 2nd Floor<br>Ctrm 215<br>Oakland, CA 94612 |

To the Hon. Dennis Novack, the Office of the United States Trustee and all Interested Parties:\

**PLEASE TAKE NOTICE** that Debtor in Possession Church of All Faiths, (the "Debtor") has filed a Motion for an order voluntarily dismissing this Chapter 11 proceeding pursuant to 11 U. S. C. § 1112(b) (the "Motion") and Federal Rules of Bankruptcy Procedure Rules 1017 and 9014-1(b)(1).

PLEASE TAKE FURTHER NOTICE that a Hearing on the above-entitled Motion will take place on February 27, 2026 at 11:00 a.m. in Courtroom 215 of the above-entitled Court located at 1100 Clay Street, Oakland, CA 94612.

**PLEASE NOTE:**

> Counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the court's website. You may participate in this hearing in-person or by Zoom. To attend

**Any opposition shall be made at the scheduled hearing.**

Dated: February 17, 2026

                Totaro & Shanahan, LLP

                By: /s/ Michael R. Totaro
                Michael R. Totaro
                Attorneys for Debtor in Possession